IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Perry Peterkin, #92172-071, | ) C/A No. 5:12-1024-MBS-KDW |
|                          Petitioner, | ) |
| vs. | ) ORDER |
| Warden, FCC-Victorville, | ) |
|                          Respondent. | ) |

This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to district court). Under Local Rule 73.02(B)(2), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

By Order dated April 25, 2012, Petitioner was given a specific time frame in which to bring this case into proper form. Petitioner has complied with the court's Order, and this case is now in proper form.

Petitioner has paid the full filing fee (Receipt No. SCX400007707).

**TO THE CLERK OF COURT:**

The Clerk of Court shall not serve the § 2241 Petition upon Respondent because the Petition should be transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

*/s/ Kaymani D. West*

May 4, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge